IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARTH D. CAPELA,

      Plaintiff,                        No. CIV S-08-0134 FCD GGH P

   vs.

D.K. SISTO, et al.,

      Defendants.                 ORDER

_____/

       Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. Plaintiff seeks leave to amend his complaint to add a claim for injunctive relief. Plaintiff does not include either an amended complaint or specify the form of injunctive relief he seeks in his very abbreviated motion. This motion is both deficient and inapposite.

       It is deficient because plaintiff is a litigant proceeding in forma pauperis whose pleadings are subject to evaluation by this court pursuant to the in forma pauperis statute. See 28 U.S.C. § 1915. Since plaintiff did not submit a proposed amended complaint, the court is unable to evaluate it. Moreover, Local Rule 15-220 requires that an amended complaint be complete in itself without reference to any prior pleading.

\\\\\

1

1  In this instance, the motion is also inapposite because this court's Findings and
2  Recommendations, recommending summary dismissal of this case with prejudice are pending
3  before the district judge.
4  Accordingly, IT IS HEREBY ORDERED that plaintiff's inapposite and deficient
5  motion for leave to amend the complaint, filed on April 24, 2008 (# 16), is denied.
6  DATED: 05/20/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES DISTRICT JUDGE

GGH:009
cape0134.ord